Original

FEE DUE

**NAME:** EDWARD CRIST # 90117-051

FCI-1-VICTORVILLE

**ADDRESS OR PLACE OF CONFINEMENT:** P.O. BOX 3725

ADELANTO, CA 92301

Note: If represented by an attorney, provide name, address, & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*



FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FULL NAME (Include name under which you were convicted):** EDWARD CRIST

Petitioner,

-vs-

**NAME OF WARDEN**, (or other authorized person having custody of petitioner): EMELIO RICOLCOL, Warden of FCI-1-Victorville (and his Successor(s)) and COLLETTE PETERS, Director of Federal Bureau of Prisons (and her Successor(s)),

Respondent.

**CASE NUMBER:**

CV 2:24-cv-02111-RGK-ADS
To be supplied by the Clerk of the United States District Court

CR 1:16-CR-04356-JCH
Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
**(28 U.S.C. § 2241)**

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten **and** signed by **the petitioner under penalty** of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of **a material** fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

CV-27 (05/18)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)   Page 1 of 7

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction.
2. ☒ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☐ other.

## PETITION

1. Place of detention  Federal Bureau of Prisons, FCI-1-Victorville, 13777 Air Expressway Blvd., Victorville CA 92394

2. Name and location of court that imposed sentence  United States District Court for the District of New Mexico, Albuquerque Division, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. Case Number 1:16-CR-04356-JCH
   b. Petitioner was convicted of violating 18 USC's 1951 (Count 1) and 18 USC's 922(g)(1), 18 USC's 924(a)(2) & 18 USC's 924(e)(Count 4) in that case (criminal case).

4. The date upon which sentence was imposed and the terms of the sentence:
   a. Sentence was imposed against Petitioner on 10/10/2019.
   b. Petitioner was sentenced to 220 months imprisonment. He received 40 months for Count 1 and 180 months for Count 4 running consecutively, to be followed by 3 years Supervised Release.

5. Check whether a finding of guilty was made:
   a. ☒ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?  ☐ Yes   ☒ No
   Petitioner waived his right to appeal pursuant to 18 USC's 3742 in his criminal case.
8. If you did appeal, give the following information for each appeal:

   **CAUTION**: *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a. (1) Name of court _____
      (2) Result _____
      (3) Date of result _____
      (4) Citation or number of opinion _____

    (5) Grounds raised (*list each*):

        (a) _____

        (b) _____

        (c) _____

        (d) _____

b.  (1) Name of court _____

    (2) Result _____

    (3) Date of result _____

    (4) Citation or number of opinion _____

    (5) Grounds raised (*list each*):

        (a) _____

        (b) _____

        (c) _____

        (d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

    **CAUTION**: *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. A rule of thumb to follow: state WHO did exactly WHAT to violate your rights at WHAT time and place.*

    a.  Ground one: Petitioner was denied effective assistance of counsel in violation of the Sixth Amendment to the United States Constitution in his criminal case.

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): Petitioner's attorney in that case, Martin Lopez III, incorrectly advised Petitioner to plead guilty to violating 18 USC § 924(e) and agree to a sentence of no less than 180 months imprisonment for violating 18 USC § 922(g)(1). He is not guilty of violating 18 USC § 924(e) as reflected by the records of that case. He should not have received 220 months imprisonment. He should have received a Guideline sentence of 92-115 months imprisonment for his offenses (See Memorandum submitted herewith and incorporated herein).

    b.  Ground two: Petitioner was deprived of his liberty without due process of law in violation of the Fifth Amendment to the United States Constitution in his criminal case.

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): Petitioner never received fair notice of the true nature of the charge against him in that case because he was misinformed about the elements of 18 USC § 924(e). There was no factual basis to support Petitioner's plea of guilty for that offense nor the 180 month mandatory minimum sentence he received. As a result, Petitioner's guilty plea could not have been knowing, intelligent and voluntary. His 220 month sentence exceeded both the maximum authorized by 18 USC § 924(a)(2) for his offense and his applicable Guideline range by 100 months (See Memorandum submitted herewith and incorporated herein).

   c. Ground three: _____

      Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

   d. Ground four: _____

      Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction?  ☒ Yes  ☐ No

11. If your answer to Question No. 10 was yes, give the following information:
   a. (1) Name of Court **United States District Court for District of New Mexico, Albuquerque Division.**
      (2) Nature of proceeding **On 2/4/21, Petitioner filed a Motion to Vacate under 28 USC §§ 2255.**
      (3) Grounds raised ① **Ineffective assistance of counsel during pretrial proceedings.**
         ② **Ineffective assistance of counsel during plea proceedings.**
         ③ **Ineffective assistance of counsel during sentencing.**
         ④ **The Court lacked jurisdiction to impose the sentence.**
         ⑤ **The §§922(g) conviction must be vacated pursuant to Rehaif v. US., 139 S.Ct. 2191(2019).**
      (4) Result **Dismissed with prejudice and certificate of appealability denied.**
      (5) Date of result **5/6/2022**
      (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
         **See Order dated 5/6/22 (District Court Docket (DCD) 84) and Final Judgment dated 5/6/22 (DCD 85) entered in United States District Court for District of New Mexico, Albuquerque Division, Case Number 1:16-CR-04356-JCH.**

b. (1) Name of Court United States Court of Appeals for the Tenth Circuit
   (2) Nature of proceeding Application for Certificate of Appealability
   (3) Grounds raised Petitioner requested permission to appeal the District Court's dismissal of his Motion to vacate under 28 USC §§ 2255.

   (4) Result Denied and Dismissed.
   (5) Date of result 12/14/2022
   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
   Order dated 12/14/2022 entered in United States Court of Appeals for the Tenth Circuit, Case Number 22-2090.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

13. Are you presently represented by counsel?  ☐ Yes  ☒ No
    If so, provide name, address, and telephone number _____

    Case name and court _____

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information?   ☐ Yes   ☐ No

WHEREFORE,
Petitioner humbly requests that this Court issue it's Orders appointing counsel to represent him in this matter, vacating the Judgment of conviction and sentence in his criminal case, and discharging him from custody &/or granting such other relief as this Court deems right and just.
I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  2/29/2024
             Date                                        Signature of Petitioner

2/28/24

Dear Clerk,

Hi. I hope this letter finds you well & in good spirits. Here is my Petition for Writ of Habeas Corpus along with my Memorandum in Support thereof (original & conformed copies).

Can you please file both documents and send me a conformed copy or something equivalent showing my Case Number that you assign for my case?

Can you also please appoint counsel to assist me with this matter?

I'll have someone contact your office to pay the $5.00 filing fee as soon as I receive notice of my case number.

I really appreciate all your help!

Enclosed is 1 stamped envelope for return postage for c.c.

Sincerely,

*Eddie Crist* (signature)

Edward Crist #90117-051
Federal Correctional Complex
FCI-1-Victorville
P.O. Box 3725
Adelanto, CA 92301

EDWARD CRIST #90117-051
FEDERAL CORRECTIONAL COMPLEX
FCI-1-VICTORVILLE
P.O. BOX 3725
ADELANTO, CA 92301





Special Mail

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
255 EAST TEMPLE STREET, Ste. TS-134
LOS ANGELES, CA 90012

Special Mail
aw