JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDWARD CRIST, | Case No. 2:24-02111 RGK (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| EMELIO RICOLCOL, et al., | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed.

DATED: 5/14/2024

*Gary Klausner*

THE HONORABLE R. GARY KLAUSNER
United States District Judge